ACCEPTED
01-14-00824-cr
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/30/2015 12:21:07 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-14-00824-CR

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/30/2015 12:21:07 PM
CHRISTOPHER A. PRINE
Clerk

# IN THE COURT OF APPEALS

# OF TEXAS

# FIRST SUPREME JUDICIAL DISTRICT

## KEVIN WIMES, APPELLANT

## VS.

## STATE OF TEXAS, APPELLEE

# MOTION FOR EXTENSION OF TIME
# WITHIN WHICH TO FILE APPELLANT'S BRIEF

**TERRENCE GAISER**
**LAWYER FOR APPELLANT**
**2900 SMITH STREET, # 220**
**HOUSTON, TEXAS 77006**
**SBOT# 07572500**
**713/ 225-0666**
**tagaiser@aol.com**

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
|---|---|---|
| | § | |
| VS. | § | HARRIS COUNTY,TEXAS |
| | § | |
| KEVIN WIMES | § | 339TH JUDICIAL DISTRICT |

## MOTION FOR EXTENSION OF TIME
## WITHIN WHICH TO FILE APPELLANT'S BRIEF

NOW COMES KEVIN WIMES, appellant in the above-captioned cause, by and through his attorney, TERRENCE GAISER, and files his Motion for Extension of time within which to file Appellant's Brief; for which he would show:

1) This is an appeal from a conviction for the offense of aggravated sexual assault of a child. Punishment was assessed at forty years confinement. Notice of appeal was timely filed.

2) This is the first requested extension of time. The brief was due March 21, 2015.

3) Appellant would request an extension of time to file the brief to and including the 20th day of April, 2015.

4) For good cause counsel for the appellant would show that he has not had time to complete the brief in this cause for the following reasons:

   a) When counsel was appointed in this case, counsel was not informed that this appeal had been abated. Counsel assumed this appeal would

follow the normal course of events and the record would be filed at a future date. It was two weeks later that counsel learned through the order of this court that the appeal had been abated.

b) Counsel has been in the criminal courts of the State of Texas in Harris County, Texas, and surrounding counties on a daily basis since the inception of this appeal as follows:

| | | | |
|---|---|---|---|
| 02/16/15 | 174th District Court | State v. Villasenor | Agg. Assault |
| 02/16/15 | Couny Court # 1 | State v. Mitchell | Theft |
| 02/17/15 | 248th District Court | State v. Mendez | Sex. Asslt. Ch. |
| 02/17/15 | 351st District Court | State v. Delmar | Asslt. Public Serv. |
| 02/18/15 | 339th District Court | State v. Tornes | Identity Fraud |
| 02/18/15 | 232nd District Court | State v. Kimble | Agg. Sex. Asslt. |
| 02/18/15 | 232nd District Court | State v. Collins | Injury to a Child |
| 02/19/15 | 179th District Court | State v. Rhine | Agg. Robb. |
| 02/19/15 | 179th District Court | State v. Nagel | PCS |
| 02/19/15 | 339th District Court | State v. Nelson | PCS |
| 02/20/15 | 351st District Court | State v. Haywood | Sex. Asslt. Ch. |
| 02/20/15 | 262nd District Court | State v. Garcia | Agg. Asslt. Pub. S. |
| 02/20/15 | 351st District Court | State v. Batts | PCS |
| 02/23/15 | County Court # 6 | State v. Reyes | Assault |

| Date | Court | Case | Charge |
|---|---|---|---|
| 02/24/15 | 248th District Court | State v. Fields | DWI |
| 02/25/15 | 178th District Court | State v. Rodriguez | Capital Murder |
| 02/25/15 | 228th District Court | State v. Amaya | Tampering |
| 02/25/15 | 178th District Court | State v. Tolan | Sex. Asslt. Ch. |
| 02/26/15 | 337th District Court | State v. Crocket | Agg. Asslt. |
| 02/26/15 | 177th District Court | State v. Lee | Arson |
| 02/26/15 | County Court # 6 | State v. Munguia | Theft |
| 02/27/15 | 176th District Court | State v. McDaniel | Retaliation |
| 03/03/15 | County Court # 1 | State v. Underwood | Theft |
| 03/03/15 | 178th District Court | State v. Denkins | Capital Murder |
| 03/04/15 | 351st District Court | State v. Robinson | PCS |
| 03/04/15 | County Court # 10 | State v. Frazier | Assault |
| 03/05/15 | 174th District Court | State v. Meyer | PCS |
| 03/05/15 | County Court # 7 | State v. Branch | POM |
| 03/10/15 | 177th District Court | State v. Torres | Murder |
| 03/10/15 | 351st District Court | State v. Casiano | Agg. Asslt. |
| 03/11/15 | 176th District Court | State v. Cooper | Eng. Org. Crime |
| 03/11/15 | 182nd District Court | State v. Torres | Capital Murder |
| 03/12/15 | 263rd District Court | State v. Lyons | Agg. Robb. |
| 03/12/15 | 179th District Court | State v. Patrick | Online Solicit. |

| 03/12/15 | 179th District Court | State v. Ferrell | Capital Murder |
| 03/12/15 | 179th District Court | State v. Roberts | PCS/MAJ |
| 03/13/15 | 177th District Court | State v. Magee | Capital Murder |
| 03/16/15 | 351st District Court | State v. Batts | PCS |
| 03/17/15 | 337th District Court | State v. Carter | PCS |
| 03/17/15 | 262nd District Court | State v. Rose | Sex. Asslt. Ch. |
| 03/18//15 | 232nd District Court | State v. Nixon | Agg. Robb. |
| 03/18/15 | 351st District Court | State v. Ruiz | Identity Fraud |
| 03/19/15 | County Court 1 [Galv.] | State v. Muscovalley | PCS |

b) Counsel filed the brief in Gims v. State, # 01-14-00279-CR, Capital Murder, on 03/20/15

c) Counsel has other briefs due in this Court and the 14th Court that he is trying to complete.

WHEREFORE, PREMISES CONSIDERED, Appellant prays for an extension of time to file the Appellant's Brief to and including April 20, 2015.

RESPECTFULLY SUBMITTED,
S/Terrence A. Gaiser
TERRENCE A. GAISER
LAWYER FOR APPELLANT
2900 SMITH STREET, # 220
HOUSTON, TEXAS 77006
SBOT# 07572500
tagaiser@aol.com

## CERTIFICATE OF SERVICE

  I CERTIFY THAT A COPY OF THE ABOVE AND FOREGOING MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE APPELLANT'S BRIEF WAS SERVED ON ALL PARTIES ACCORDING TO THE RULES.

        S/Terrence A. Gaiser
        TERRENCE A. GAISER